■ RAYMOND A. RICHARDS, Respondent, v. STEPHEN L. MORROW, Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term for plaintiff in an action to recover commissions.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ BLANCHE B. RODENBECK, Appellant, v. MICHAEL BEKASINSKI et al., Respondents.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Equity Term dismissing the complaint in an action for an injunction.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ ROCCO MASTRELLA, Appellant, v. JULE H. MILES et al., Respondents. — Motion granted to prosecute appeal on typewritten records and briefs.

■ ANTHONY CINELLI, Appellant, v. CUTHBERT R. SAGER et al., Respondents.— Application for final order of dismissal denied. Appellant's motion granted and time for filing and serving records and briefs on appeal extended to November 25, 1960. Respondent's brief must be filed on or before December 23 if appeal is to be argued at January 1961 Term.

■ LEONARD KNAUER, Respondent, v. CITY OF ROCHESTER, Appellant.— Appeal dismissed unless appellant's briefs are filed and served on or before December 6, 1960. Respondent's briefs must be filed on or before December 23, 1960 if appeal is to be argued at January 1961 Term.

■ FRANCIS NOAH, Appellant, v. LEO BERGER et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before January 17, 1961.

■ HENRY OTT, Appellant, v. JACK F. HARRINGTON et al., Respondents. — Appeal dismissed for failure to comply with previous order, without costs.

■ ANTOINETTE PARLATO, Now Known as ANTOINETTE SCARDINO, Appellant, v. C. P. WARD, INC. et al., Respondents.— Motion granted to prosecute appeal on one copy of transcript, original and five typewritten copies of judgment roll and five typewritten copies of appellant's brief.

■ HARRIET SCHMID, Appellant, v. NIAGARA MOHAWK POWER CORP., Respondent.— Order entered October 20, 1960 vacated on condition that records and appellant's briefs are filed and served on or before December 13, 1960. Respondent's brief must be filed on or before December 23, 1960 if appeal is to be argued at January 1961 Term.

■ SOPHIE HINES, Appellant, v. RUBY CHINN, Respondent.— Motion granted, order dismissing appeal vacated, case added on January 1961 Calendar. Respondent's brief will not be accepted unless filed and served on or before December 15, 1960.

■ JOHN MOLINARI, Respondent, v. GARDEN PARTY HOUSE, INC., Appellant, et al., Defendant.— Motion granted and time for filing appellant's brief extended to November 5, 1960.

■ ELLA M. POLZIN et al., Respondents, v. GEORGE P. SAVAGE, as Executor of MABELLE A. SHUERT, Deceased, et al., Appellants.— Motion granted, order of October 27, 1960 vacated upon condition that brief of appellant Savage be filed and served on or before December 8, 1960, respondent's brief filed and served on or before December 23, 1960 and case added to January 1961 Term Calendar.

■ WEST'S FARM AGENCY, INC., Respondent, v. CHARLES COXSON et al., Appellants.— Motion granted, order dismissing appeal vacated and case added to January 1961 Calendar for argument.

■ MARION S. KRUGER et al., Appellants, v. VINCENT CIADELLA et al., Doing Business as SUNRISE MOTEL, Respondents.— Motion granted to enlarge time for filing respondents' brief and postponing argument of appeal to January 1961 Term.